# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00592-CV

### Anthony Leon Summers, TDCJ-ID No. 1130913, Appellant

### v.

### Brad Livingston, Greg Abbott, William Kountz and Joe Smith, Appellees

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
NO. D-1-GN-05-003820, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING**

## MEMORANDUM OPINION

Appellant's brief was due in this Court on November 16, 2007. On December 17, 2007, appellant filed a motion for extension of time to file his brief. We granted appellant's motion, and extended the deadline for filing his brief to February 14, 2008. We informed appellant that no further extensions would be allowed. On March 14, 2008, appellant filed a second motion for extension of time to file his brief, requesting an additional 60 days to file his brief. We granted the motion in part, extending the filing deadline but only to March 28, 2008. We informed appellant that unless he files his brief by this date, we would dismiss his appeal for want of prosecution. The deadline has passed, and we have not received appellant's brief. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 38.8(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed: May 20, 2008

2